In the Matter of JACOB A. GANGNAGEL, Appellant, against CHARLES BUTLER et al., Constituting the STATE BOARD OF EXAMINERS AND REGISTRATION OF ARCHITECTS, et al., Respondents.

(Argued January 8, 1934; decided January 16, 1934.)

*John J. Bennett, Jr., Attorney-General (Dorothy U. Smith* of counsel), for motion.

*William S. Rann* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.